FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Aaron Lee May**

**Docket No. 0:02CR00391-2(DWF)**

**Amended Petition on Supervised Release**

COMES NOW **Aaron R. Rotering**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Aaron Lee May** who was sentenced on June 25, 2003, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Anger management
- Drug treatment and testing
- Psychological counseling
- On February 11, 2004, the conditions were modified to add 30 days of home detention
- On May 12, 2004, the conditions of supervision were modified to add 60 days in a community corrections center

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 8, 2004, the defendant appeared in court for a final revocation hearing in regard to 6 positive drug tests. He admitted the violation, and the Court continued disposition of this matter for 6 months and ordered the defendant to complete inpatient treatment and utilize a drug testing patch. Additionally, the Court set a review hearing for January 6, 2005, to address the defendant's compliance. The defendant completed inpatient treatment in Red Lake, Minnesota, on August 18, 2004, and has had no positive drug tests since the July 8, 2004, final revocation hearing. Due to the defendant's noted progress, the following is recommended.

PRAYING THAT THE COURT WILL continue the defendant under supervised release under all of the original and amended conditions and that further violation proceedings are hereby dismissed.

ORDER OF THE COURT

Considered and ordered this 4th day of January, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

Respectfully,

For Aaron R. Rotering
U.S. Probation Officer

Place Fergus Falls
Date January 4, 2005

SCANNED
JAN 04 2005
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission