A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 JAN 26 A 10: 12

UNITED STATES OF AMERICA

~~FILED UNDER SEAL~~ RECEIVED U.S. MARSHAL MINN

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 02-391 (2) DWF/RLE**

0541-0126-0573-D

Aaron Lee May

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Aaron Lee May

and bring him or her forthwith to the nearest Magistrate Judge to answer an Petition and Order charging him or her with:

Violation of Supervised Release

Ordered by: Donovan W. Frank, United States District Court Judge.

Leah E. Gilgenbach

(By) Leah E. Gilgenbach, Deputy Clerk

January 26, 2005 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

**ARRESTED ON** 2-3-05
**ARRESTED BY** USMS-Mpls.
**U.S. MARSHAL**
**DISTRICT OF MINNESOTA**
**BY** [signature]

SCANNED
FEB 07 2005

DC Modified 12/08/04