**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Franklin L. Noel |
| Plaintiff, | ) | U.S.Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-391 DWF/RLE |
| | ) | Date: February 4, 2005 |
| **Aaron Lee May**, | ) | Court Reporter: None |
| | ) | Tape Number: Not available |
| Defendant. | ) | Time Commenced: 11:20 a.m. |
| | | Time Concluded: 11:25 a.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

**Plaintiff:** Jeff Paulsen
Assistant U.S. Attorney

**Defendant:** Dan Scott
T FPD 9 CJA 9 Retained T To be appointed

Interpreter: NA // English

Date Charges Filed: January 25, 2005 Offense: Committed crime while on release. Failure to report change of residence.

TCharges read into record 9 Waived Reading of Charges T Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release TSupervised Release

9 **Charges from other District:**
9 Government moves for detention.
Motion is: 9 granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.

**Bond set in the amount of ____________ with conditions, see Order Setting Conditions of Release.**

Next appearance date is February 8, 2005 at 10:00 a.m. before U.S. Magistrate Judge J Earl Cudd for:

T detention hrg 9 preliminary hrg 9 arraignment 9 removal hrg T preliminary revocation

9Detention hearing waived 9 Preliminary hearing waived 9Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information:

s/Joan Flood
Signature of Judicial Assistant