UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-391 (02) DWF/RLE

United States of America,

Plaintiff,

v. NOTICE

Aaron Lee May,

Defendant.

PLEASE TAKE NOTICE, that the Final Revocation hearing in this case is scheduled for Thursday, February 24, 2005 at 1:00 p.m. before the Honorable Judge Donovan W. Frank, 316 North Robert Street, Courtroom 2, St. Paul, Minnesota.

DATED: February 8, 2005

s/ Joan Flood
Signature of Judicial Assistant