AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

USA
V.
AARON LEE MAY (02)

## EXHIBIT AND WITNESS LIST

Case Number: CR 02-391 DWF/RLE

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J EARL CUDD | JEFF PAULSEN | DAN SCOTT |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| February 8, 2005 | NONE | JOAN FLOOD |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 02/08/05 | X | X | Judgement and Commitment in CR 02-391-02 DWF/RLE |
| 2 | | 02/08/05 | X | X | Police Report dated 01/10/05 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

SCANNED
FEB 08 2005
U.S. DISTRICT COURT MPLS