UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-391(2)(DWF/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON LEE MAY,<br><br>Defendant. | ORDER OF DETENTION |

This matter came before the Court on February 8, 2005 for a preliminary hearing regarding a supervised release violation and a detention hearing. At the conclusion of the preliminary hearing, the Court found probable cause to believe that the defendant has violated the conditions of supervised release by committing another offense and by failing to notify his probation officer of a change in residence.

The Court further finds that there are no conditions or combination of conditions that will reasonably ensure the safety of the community and the defendant's appearance in court. Specifically, the Court finds that the defendant has had a history of supervised release violations, including using controlled substances while on supervised release. To date, these violations have been met with sanctions short of incarceration, but these sanctions have not deterred the defendant from continuing to violate the conditions of his supervised release. Most recently, the defendant absconded from supervision and was unaccountable for a period of over three weeks. He currently has no stable residence or employment. Accordingly,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of defendant is granted;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: February 15, 2005

s/ J. Earl Cudd
J. EARL CUDD
United States Magistrate Judge