# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SUPERVISED RELEASE VIOLATION

UNITED STATES OF AMERICA,
Plaintiff,

v.

AARON LEE MAY,
Defendant.

**COURT MINUTES - CRIMINAL**

Case No: 02-391(02)(DWF/RLE)
Date: February 24, 2005
Court Reporter: JEANNE ANDERSON
Time Commenced: 1:30
Time Concluded: 2:00
Time in Court: Hour & 30 Minutes

Before DONOVAN W. FRANK, United States Judge, at ST PAUL, Minnesota.

APPEARANCES:

For Plaintiff: JEFFREY PAULSEN
For Defendant: DANIEL SCOTT 9 FPD 9 CJA 9 Retained 9 Appointed

Interpreter/Language: /

9 Appointment of Counsel requested - 9 granted 9 denied.
9 Appointed

PROCEEDINGS:

: **Defendant admits violations and is found to have violated terms.**

: PLEA:
: **Guilty as to violations.**
9 "Nolo Contendere" as to Count(s):
9 Defendant admits allegations in the Information.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| | X | | 6 months | | none | | |

: **No supervision to follow. Defendant to be discharged upon completion of prison term.**

9 Presentence Investigation and Report requested.
9 Bond continued.
9 **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
: Defendant remanded to the custody of the U.S. Marshal.

s/Lowell Lindquist
Deputy Clerk