USM

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**AARON LEE MAY**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-391(02)(DWF/RLE)**
USM Number: **10807-041**
Social Security Number: **2866**
Date of Birth: **1980**

2005 FEB 25 P 3 20
RECEIVED
U.S. MARSHAL
ST. PAUL MINN

**Daniel M. Scott**
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s) of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory Condition | Deft accused of domestic assault. | 1/10/05 |
| Standard Condition #6 | Defendant failed to inform probation of change of residence within 10 days. | 1/12/05 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**FEBRUARY 24, 2005**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK,** United States District Judge
Name & Title of Judge

**FEBRUARY 24, 2005**
Date

A true printed copy in 2 sheet(s)
of the electronic record filed on 2/25/05
in the United States District Court
for the District of Minnesota.
CERTIFIED, 2/25, 2005
RICHARD D. SLETTEN
BY: M. J. Conway
Deputy Clerk

SCANNED
APR 1 2005
U.S. DISTRICT COURT MPLS

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: AARON LEE MAY
CASE NUMBER: 02-391(02)(DWF/RLE)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 MONTHS with no supervised release term to follow. Upon completion of prison term defendant is discharged**.

[X] The court makes the following recommendations to the Bureau of Prisons:
**1. Defendant be confined in a prison facility in the State of Minnesota.**

[X] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on 3-14-05 to FCI Sandstone

at Sandstone, MN, with a certified copy of this judgment.

Lisa J.W. Hollingsworth, Warden
~~United States Marshal~~

By [signature], L.I.E.
Deputy United States Marshal